Samantha M Swanson (SBN 286954) *sswanson@adamsferrone.com*
Adams, Ferrone & Ferrone, APLC
4333 Park Terrace Dr., Suite 200
Westlake Village, CA 91361
Attorney for Plaintiff West Covina Fire Fighters,
International Association of Fire Fighters Local 3226, *et al.*]

Bruce A. Lindsay, Esq., SBN 102794 bal@jones-mayer.com
Krista MacNevin Jee, Esq., SBN 231473 kmj@jones-mayer.com
Monica Choi Arredondo, Esq., SBN 215847 mca@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835

Attorneys for Defendant CITY OF WEST COVINA

Christopher Brizzolara, Esq., SBN 130304 samorai@surfcity.net
1532 16th Street
Santa Monica, CA 90404

Attorneys for Defendant Larry Whithorn

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COVINA FIRE FIGHTERS, IAFF LOCAL 3226; MATT JACKSON, TODD SMITH, GREG LA FLEUR, EDGAR VELA, SCOTT GILMORE, BRENT MEIER, JASON ROBLES, PETER AGUILAR, MICHAEL HAMBEL, CARLOS GALVEZ, SEAN WISE, AND ERIC GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>LARRY WHITHORN, individually and as Fire Chief of the West Covina Fire Department; CITY OF WEST COVINA, a public agency and/or municipal corporation; LLOYD JOHNSON, individually, and as Mayor of West Covina; and DOES 1 THROUGH 10.<br>Defendants. | Case No. 2:19-CV-01466-FMO-KS<br><br>**ORDER ON JOINT STIPULATION [39] FOR DISMISSAL WITH PREJUDICE** |

1      IT IS HEREBY ORDERED, pursuant to stipulation of the parties through
2  their respective counsel, that the above-captioned action is dismissed in its
3  entirety with prejudice.
4
5  Dated: <u>January 13, 2020</u>               /s/
6                             Fernando M. Olguin
7                             UNITED STATES DISTRICT JUDGE